FRIEDA S. MILLER, as Industrial Commissioner of the State of New York,Respondent, *v.* GARFORD LABORATORIES, INC., et al., Appellants.

Submitted October 21, 1942; decided December 3, 1942.

*George F. Reid* for appellants.

*Harry Schechter* and *William F. O'Rourke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.